IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SIKANU-NAHOLO-IMASTUBI
ex rel., Erique Richardson; We, the People
Xi-Anu Nation of Paleo-Americans                                                    PLAINTIFF

V.                                                                   CAUSE NO. 4:13-CV-00068-SA-JMV

OFFICER GLORIA RODGERS, ET AL.                                                   DEFENDANTS

## ORDER

Before the court is Plaintiff's "Motion Application for Exempt Filing Fee Status" [2]. In support of the motion, Plaintiff essentially states that the instant motion is made to obtain leave to proceed without payment of fees. Plaintiff has also submitted an "Affidavit and Declaration" wherein he states that he has been previously granted *in forma pauperis* status ("IFP") in a proceeding in the District Court of the Western District of Tennessee.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.00. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to prepay the entire fee only if the party is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). The form application to proceed IFP in this court requires an applicant to declare, under penalty of perjury, the financial basis for the request by setting forth, among other things, the applicant's (1) employment status, (2) sources of income, (3) ownership in any cash, real estate, or other valuable property, and (4) debts and other obligations. *Cf.* 28 U.S.C. § 1915(a)(1) (requiring the submission of an affidavit that includes a statement of all assets). In view of this, the court finds that the information provided by movant is insufficient to allow this court to make an appropriate

determination of whether he is currently entitled to IFP status.  Therefore,

**IT IS ORDERED**:

1.  That within fourteen (14) days of this date, movant shall complete and file with the clerk of this court the attached IFP application.

2.  That should movant fail to comply with this order, this case may be dismissed.

This 10th day of April, 2013.

                                                    /s/ Jane M. Virden
                                                     U. S. MAGISTRATE JUDGE